ACCEPTED
06-15-00046-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/17/2015 2:50:54 PM
DEBBIE AUTREY
CLERK

# No. 06-15-00046-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/17/2015 2:50:54 PM

DEBBIE AUTREY
Clerk

**In the Court of Appeals
For the Sixth Judicial District
Sitting at Texarkana, Texas**

---

**EDDIE ANTHONY PATTERSON,
Appellant**

**v.**

**TV CHANNEL 25 BROADCAST STATION AND
ITS REPORTER ON MARCH 29, 2010,
Appellee**

---

Appealed from 170th Judicial District Court
McLennan County, Texas

---

# APPELLEE'S MOTION TO RESTYLE THE APPEAL

---

To the Honorable Court of Appeals:

Now comes Centex Television Limited Partnership, the Appellee in the above case, and files this its Appellee's Motion to Restyle the Appeal. In support

of this Motion, Centex Television Limited Partnership shows unto the Court as follows:

1.

When this matter was originally filed by Eddie Anthony Patterson, he sued "TV Channel 25 Broadcast Station and Its Report on March 29, 2010." The proper party, Centex Television Limited Partnership, appeared in the Trial Court and was dismissed from the matter.

2.

This matter is now on appeal and is styled Eddie Anthony Patterson, Appellant, v. TV Channel 25 Broadcast Station and Its Report on March 29, 2010, Appellee. The Appellee in this matter is Centex Television Limited Partnership. Therefore, Centex Television Limited Partnership hereby requests that this matter be restyled Eddie Anthony Patterson, Appellant v. Centex Television Limited Partnership, Appellee.

WHEREFORE, PREMISES CONSIDERED, Centex Television Limited Partnership respectfully requests that this appeal be restyled and that it be granted such other and further relief to which it is justly entitled.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, 8th Floor
P. O. Box 1470
Waco, Texas 76703-1470
(254) 755-4100
FAX (254) 754-6331


BY:      /s/ Neal E. Pirkle
            Neal E. Pirkle
            State Bar No. 00794464
            Robert Little
            State Bar No. 24050940

ATTORNEYS FOR APPELLEE

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, postage pre-paid, and mailing the document by first class mail (and by other means stated below) on December 17th 2015.

Mr. Eddie Anthony Patterson
Inmate T.D.C.J. #01635370
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583

        */s/ Neal E. Pirkle*
        Neal E. Pirkle

## Certificate of Conference

The below signed attorney for Appellee could not confer with the Appellant pursuant to Texas Rule of Appellate Procedure 10.1 because of Appellant is incarcerated at the C.T. Terrell Unit in Rosharon, Texas. Therefore, it was impossible to confer with Appellant on this matter.

/s/ Neal E. Pirkle
Neal E. Pirkle